# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TIM McLANAHAN,

                Plaintiff,

                JUDGMENT IN A CIVIL CASE

                v.

U.S. GOVERNMENT, et al.,

                CASE NUMBER: CV-11-384-LRS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order of Dismissal entered on October 31, 2011, ECF No. 7, judgment is entered in favor of Defendants.

10/31/2011                                                JAMES R. LARSEN
*Date*                                                           *Clerk*

                                                                         s/ Cora Vargas
                                                                         *(By) Deputy Clerk*
                                                                         Cora Vargas